# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140626

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

BEVELYN FISHER, Personal Representative of the
Estate of TIARA FISHER, deceased,
            Plaintiff-Appellant,

v

SC: 140626
COA: 288106
Oakland CC: 07-087761-NI

SOUTHFIELD PUBLIC SCHOOLS,
SOUTHFIELD BOARD OF EDUCATION, and
YOLETTA PATRICE HALL,
            Defendants-Appellees,

and

RICHARD JAMES FARRELL,
            Defendant.

_____/

On order of the Court, the application for leave to appeal the January 12, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

p0621